**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 22-CR-00005-TDC** |
| | : | |
| **SEAN DEMARCO YOUNG,** | : | |
| | : | |
| **Defendant** | : | |

## MOTION FOR LEAVE TO AMEND, SUPPLEMENT, WITHDRAW, OR FILE ADDITIONAL MOTIONS

Comes now the Defendant, Sean Young, by and through his counsel, John M. McKenna, Brennan, McKenna & Lawlor, Chtd., and hereby moves this Honorable Court for leave to amend, supplement, withdraw, or file additional pretrial motions. In support thereof, counsel states the following:

1.      Mr. Young is charged, via indictment filed on January 13, 2022, with the following: (Count One) being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1); and (Count Two) possession with intent to distribute a controlled dangerous substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

2.      The Government has produced discovery in the instant case, and undersigned counsel's review of this discovery is ongoing.

3.      Although Mr. Young anticipates filing in a timely fashion certain pretrial motions, it is likely that a review of additional Rule 16 material that counsel anticipates receiving before trial, review of the *Jencks* and similar material now in the exclusive possession of the prosecution, independent investigation of the facts of the case, as well as further opportunity of Mr. Young to review the material

1

provided to counsel (but of which counsel is not permitted to provide copies to Mr. Young) and facts and issues raised at subsequent court proceedings will generate additional issues that may properly be the subject of motions or which would require the filing of supplemental motions and memoranda in support of previously filed motions.

4.      Therefore, Mr. Young respectfully moves this Honorable Court for leave to file any motion that may be appropriate regarding additional discovery or information subsequently obtained through investigation, whether or not such motion is mandatory under Rule 12(b)(3).

WHEREFORE, Mr. Young requests that this Honorable Court grant the Defendant leave to amend, supplement, withdraw, or file additional motions as is necessary, and grant such further relief as required.

Respectfully submitted,

/s/
_____
John M. McKenna
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044
jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2022, a copy of the foregoing was sent to the United States Attorney's Office for the District of Maryland, via ECF.

/s/

_____

John M. McKenna