IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| SEAN DEMARCO YOUNG | *   CRIMINAL NO. TDC-22-0005 |
| Defendant | * |

*******

## CONSENT MOTION TO AMEND PROPOSED BRIEFING SCHEDULE

The government, with the consent of counsel for defendant Sean DeMarco Young, submits this motion to amend the proposed briefing schedule filed on May 13, 2022. (ECF No. 28). Since the date that the parties submitted a briefing schedule, the parties have continued their discussion of potential resolution and would benefit from the additional time to analyze legal issues:

1. On April 8, 2022, the Defendant filed a Motion to Suppress Statements Obtained on December 30, 2020. (ECF No. 25.)

2. On April 8, 2022, the Defendant filed a Motion for Leave to Amend, Supplement, Withdraw or File Additional Motions. (ECF No. 24.)

3. Pursuant to the Court's Order on May 3, 2022, the parties were ordered to file a Joint Status Report with the Court by Friday, May 13, 2022, and if no resolution was reached at that point, the parties should file a proposed briefing schedule for the pending motions.

4. The parties filed a joint status report and briefing schedule on Friday, May 13, 2022. (ECF No. 28.)

5. Since then, the parties have continued to discuss potential resolution and believe it would be beneficial to both sides to have additional time to appraise and discuss legal issues. Accordingly, the parties would like to amend the briefing schedule below.

6. The Defendant will now file any additional motions by July 22, 2022.

7. The government's response brief to any pretrial motions will be filed by August 19, 2022.

8. The defendant's reply brief, if any, will be filed by September 2, 2022.

9. The parties anticipate the need for an evidentiary hearing. At the hearing, if additional motions are not filed by the Defendant, the government anticipates calling two witnesses. Accordingly, the parties believe that the pretrial motions hearing will potentially take three hours.

Respectfully submitted,

Erek L. Barron
United States Attorney

  /s/
Joel Crespo
Assistant United States Attorney

It is so ORDERED, this ____ day of June, 2022.

The Honorable Theodore D. Chuang
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/
Joel Crespo
Assistant United States Attorney