IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | Case No. 22-CR-005-TDC |
| | * | |
| SEAN DEMARCO YOUNG | * | |
| | * | |

* * * * * * * * * * * * *

**CONSENT MOTION TO EXTEND DEADLINE TO FILE SENTENCING MEMORANDA**

The Defendant, Sean Young, by and through his attorney, John M. McKenna and Brennan, McKenna & Lawlor, Chtd., respectfully requests that this Honorable Court continue by one week the deadline for the parties to file sentencing memoranda in this case. In support of this motion, counsel states as follows:

1. On September 29, 2022, Mr. Young entered a plea of guilty in this case. (Plea Agreement, ECF No. 38)

2. The current deadline for the parties to submit sentencing memoranda is Friday, December 9, 2022.

3. The undersigned is currently in a murder trial in the Circuit Court for Prince George's County in the matter of *State v. Josue David Vasques*, No. CT180608A. The trial, which began yesterday, is expected to go into next week.

4. Accordingly, the undersigned respectfully requests a one-week extension to the deadline for the parties to file sentencing memoranda.

1

5. The undersigned has conferred with Assistant United States Attorney Joel Crespo, who has indicated that the Government does not oppose a one-week extension to the deadline for the parties to file sentencing memoranda.

6. For these reasons, Mr. Young respectfully requests that this Court extend the current sentencing memoranda deadline by 7 days.

                                  Respectfully submitted,

                                  /s/
                                _____
                                John M. McKenna
                                Brennan, McKenna & Lawlor, Chtd.
                                6305 Ivy Lane, Suite 700
                                Greenbelt, Maryland 20770
                                (301) 474-0044
                                jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 6, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Maryland.

                                /s/
                                _____
                                John M. McKenna